| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: <br> EASTERN DISTRICT OF CALIFORNIA | |
| Case number *(if known)* _____ Chapter **11** | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Diamond K LLC** | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **68-0446259** | |
| 4. | **Debtor's address** | **Principal place of business** <br><br> **2377 Clark Rd** <br> **Live Oak, CA 95953** <br> Number, Street, City, State & ZIP Code <br><br> **Sutter** <br> County | **Mailing address, if different from principal place of business** <br><br> **PO Box 3222** <br> **Yuba City, CA 95992** <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

Debtor **Diamond K LLC**     Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **1113**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☐ No.
- ■ Yes.

| | | | |
|---|---|---|---|
| District **E.D. Cal.** | When **8/19/24** | Case number **24-23666** |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ■ Yes.

Debtor **Diamond K LLC**     Case number (*if known*) _____
Name

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | **Kamaljit Kalkat** | | Relationship | **Affiliate** |
| District | **E.D. Cal.** | When **11/14/24** | Case number, if known | |

**11. Why is the case filed in *this district*?** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)
  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?** _____
  Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Diamond K LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 14, 2024**
MM / DD / YYYY

**X** **/s/ Kamaljit Kalkat**                        **Kamaljit Kalkat**
Signature of authorized representative of debtor        Printed name

Title **Manager**

**18. Signature of attorney**

**X** **/s/ Robert S. Marticello**                        Date **November 14, 2024**
Signature of attorney for debtor                         MM / DD / YYYY

**Robert S. Marticello**
Printed name

**Raines Feldman Littrell LLP**
Firm name

**1900 Avenue the Stars**
**Suite 1900**
**Los Angeles, CA 90067**
Number, Street, City, State & ZIP Code

Contact phone **(310) 440-4100**    Email address **rmarticello@raineslaw.com**

**244256 CA**
Bar number and State

Official Form 201 — **Voluntary Petition for Non-Individuals Filing for Bankruptcy** — page 4

## WRITTEN CONSENT OF THE SOLE MEMBER AND MANAGER OF
## DIAMOND K, LLC
a California limited liability company

Dated: November 14, 2024

The undersigned, being the sole Member and Manager of Diamond K LLC, a California limited liability company, (the "**Company**"), acting by written consent without a meeting, does hereby consent to the adoption of the following resolutions as of the date hereof:

**WHEREAS**, the Company has determined that, considering, among other things, its assets, liabilities, and overall financial condition, it is desirable and in the best interests of the Company, its creditors, and other interested parties that a petition be filed by the Company, seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**"), and that such bankruptcy filing will help to maximize the value of the assets of the Company for the benefit of all stakeholders.

## Chapter 11 Case

**NOW, THEREFORE, BE IT RESOLVED**, that the Company be, and hereby is, authorized and empowered to file a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (such voluntary petition, and the voluntary petition to be filed by the Company's owner, collectively, the "**Chapter 11 Cases**") in a court of proper jurisdiction (the "**Bankruptcy Court**"); and

**RESOLVED FURTHER**, that Kamaljit Kalkat (the "**Manager**") be, and hereby is, authorized, in the name and on behalf of the Company, appointed as the Company's authorized representative, and in such capacity, with power of delegation, be, and she hereby is, authorized and empowered to execute and file on behalf of the Company all petitions, schedules, lists, applications, pleadings and other motions, papers, agreements, consents or documents, including, without limitation, a plan of reorganization and motions to sell, and to take any and all actions that she deems necessary or proper to obtain such relief, including, without limitation, any action necessary to reorganize the Company's affairs, maximize the value of the Company's assets, and/or maintain any ordinary course operations of the Company's businesses.

## Retention of Professionals

**RESOLVED FURTHER**, that the Manager be, and hereby is, authorized and directed to employ the law firm of Raines Feldman Littrell LLP ("**Raines**") as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, the Manager, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Raines.

**RESOLVED FURTHER** that the Manager be, and hereby is, authorized and directed to employ any other professionals, including, without limitation, other legal

counsel, financial advisors, and/or real estate brokers, to assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations in the Chapter 11 Cases; and in connection therewith, the Manager, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of any other professionals as necessary.

**RESOLVED FURTHER** that the Manager be, and hereby is, with power of delegation, authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that the Manager deems necessary, proper or desirable in connection with the Chapter 11 Cases, with a view to the successful prosecution of such cases.

## Cash Collateral and Adequate Protection

**RESOLVED FURTHER**, that, in connection with the commencement of the Chapter 11 Cases, the Manager is authorized, if and to the extent necessary or advisable, to seek approval of a cash collateral order in interim and final form (a "**Cash Collateral Order**"), and the Manager be, and hereby is, authorized and empowered to negotiate, execute, and deliver any and all agreements, instruments, or documents, by or on behalf of the Company, necessary to implement the Cash Collateral Order, as well as any additional or further agreements for the use of cash collateral in connection with the Chapter 11 Cases, which agreement(s) may require the Company to grant liens to the Company's existing lenders, all with such changes therein and additions thereto the Manager approves, such approval to be conclusively evidenced by the taking of such action or by the execution and delivery thereof, subject to Bankruptcy Court approval.

## General

**RESOLVED FURTHER**, that in addition to the specific authorizations heretofore conferred upon the Manager, the Manager (and her designees and delegates) be, and hereby is, authorized and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such agreements, certificates, instruments and other documents and to pay all expenses, including but not limited to filing fees, in each case in such person's judgment, shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein.

**RESOLVED FURTHER**, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement or certificate has been specifically authorized in advance by resolution by the sole Member and Manager.

**RESOLVED FURTHER**, that these resolutions may be executed and delivered in multiple counterparts and via facsimile or other electronic means, all of which taken together shall constitute one and the same instrument.

[SIGNATURE PAGE FOLLOWS]

IN WITNESS WHEREOF, the undersigned sole Member and Manager of Diamond K LLC have duly executed thus Written Consent as of the date first written above.

*[signature]*
Kamaljit Kalkat, sole Member and sole Manager of Diamond K LLC, a California limited liability company

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Diamond K LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 14, 2024**　　X **/s/ Kamaljit Kalkat**
　　　　　　　　　　　　　　　　　　　　Signature of individual signing on behalf of debtor

　　　　　　　　　　　　　　　　　　　　**Kamaljit Kalkat**
　　　　　　　　　　　　　　　　　　　　Printed name

　　　　　　　　　　　　　　　　　　　　**Manager**
　　　　　　　　　　　　　　　　　　　　Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Diamond K LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Colony Hill**<br>c/o Wasserman Kornheiser Combs<br>7955 Raytheon Road, Suite A<br>San Diego, CA 92111-1606 | | **HOA dues** | **Contingent Unliquidated Disputed** | $5,964.00 | $0.00 | $5,964.00 |
| **MBHGA LLC**<br>3435 Wilshire Blvd., Ste. 2200<br>Los Angeles, CA 90010 | **Ramin R. Younessi**<br><br>213-820-5020 | **Alleged breach of contract** | **Contingent Unliquidated Disputed** | | | $0.00 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 1

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of California

In re **Diamond K LLC**　　　　　　　　　　　　　　　　　　　　　　Case No.
　　　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **50,000.00*** |
   | Prior to the filing of this statement I have received | $ **50,000.00*** |
   | Balance Due | $ **0.00** |

   *The Firm received a total pre-petition retainer in the collective amount of $50,000 (the "Retainer") for this case and the affiliated case. The Retainer was paid by the affiliated Debtor. The Retainer was applied to pre-petition services and the filing fee, leaving a balance of $3,220.00 as of the Petition Date. The balance of the Retainer is maintained in the Firm's retainer account.

2. The source of the compensation paid to me was:

   ☐ Debtor　　☑ Other (specify): Kamaljit Kalkat

3. The source of compensation to be paid to me is:

   ☑ Debtor　　☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 14, 2024**　　　　　　　　　　　　**/s/ Robert S. Marticello**
*Date*　　　　　　　　　　　　　　　　　　　**Robert S. Marticello**
　　　　　　　　　　　　　　　　　　　　　　*Signature of Attorney*
　　　　　　　　　　　　　　　　　　　　　　**Raines Feldman Littrell LLP**
　　　　　　　　　　　　　　　　　　　　　　**1900 Avenue the Stars**
　　　　　　　　　　　　　　　　　　　　　　**Suite 1900**
　　　　　　　　　　　　　　　　　　　　　　**Los Angeles, CA 90067**
　　　　　　　　　　　　　　　　　　　　　　**(310) 440-4100**
　　　　　　　　　　　　　　　　　　　　　　**rmarticello@raineslaw.com**
　　　　　　　　　　　　　　　　　　　　　　*Name of law firm*

```
Robert S. Marticello
Raines Feldman Littrell LLP
1900 Avenue the Stars
Suite 1900
Los Angeles, CA 90067


Diamond K LLC
PO Box 3222
Yuba City, CA 95992


Office of the U.S. Trustee - Sacramento
Robert T. Matsui
U.S. Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814


AgWest Farm Credit
3755 Atherton Road
Rocklin, CA 95765-3701


AgWest Farm Credit
c/o Loeb & Loeb
Bethany Simmons
345 Park Avenue
New York, NY 10154


AgWest Farm Credit, FLCA
c/o Jamie Dreher
DOWNEY BRAND LLP
621 Capitol Mall, 18th Fl
Sacramento, CA 95814-4731


Ameet Sharma
Ameet Sharma
757 Miller Ave
Chico, CA 95928-6921


Andrew L Jones Defined Benefit Plan
1388 Sutter St #805
San Francisco, CA 94109


APC CS Trust, a Delaware Statutory Trust
C/O Lance N. Jurich, Esq.
Loeb & Loeb LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067-4120
```

```
ATG Capital 401(k) Plan
c/o Burke Williams & Sorensen LLP
Attn Richard J Reynolds
18300 Von Karman Ave Suite 650
Irvine, CA 92612


Austin Tarzana Group LLC DBPP (ATG)
c/o Burke Williams & Sorensen LLP
Attn Richard J Reynolds
18300 Von Karman Ave Suite 650
Irvine, CA 92612


Burke Williams & Sorensen LLP
Attn Richard J Reynolds
18300 Von Karman Ave Suite 650
Irvine, CA 92612


Cellco Partnership dba Verizon Wireless
c/o William M Vermette
22001 Loudoun County PKWY
Ashburn, VA 20147


Colony Hill
c/o Wasserman Kornheiser Combs
7955 Raytheon Road, Suite A
San Diego, CA 92111-1606


Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812-2952


Igya Demici
12000 Darby Ave
Porter Ranch, CA 91326


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Kalkat Kamaljit
2377 Clark Rd
Live Oak, CA 95953
```

```
Kamaljit Kaur Kalkat
PO Box 3222
Yuba City, CA 95992-3222


Lilian G. Tsang
PO Box 3051
Modesto, CA 95353-3051


MBHGA LLC
3435 Wilshire Blvd., Ste. 2200
Los Angeles, CA 90010


Mortgage Lender Services Inc
7844 Madison Ave Ste 145
Fair Oaks, CA 95628-3595


Olympia Financial Mortgage Inc
16133 Ventura Blvd Suite 600
Encino, CA 91436-2404


Private Money Solutions Inc
15030 Ventura Blvd #500
Sherman Oaks, CA 91403


Ramin R. Younessi, Esq.
3435 Wilshire Blvd., Ste. 2200
Los Angeles, CA 90010-2008


The Groundhog Trust
Attn Andrew Louis Jones Trustee
1388 Sutter St #805
San Francisco, CA 94109


The Juliet Alcasid Family Trust
19321 Palomar Place
Tarzana, CA 91356
```

# United States Bankruptcy Court
### Eastern District of California

In re **Diamond K LLC**  
Debtor(s)

Case No.  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Diamond K LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 14, 2024**  
Date

**/s/ Robert S. Marticello**  
**Robert S. Marticello**  
Signature of Attorney or Litigant  
Counsel for **Diamond K LLC**  
**Raines Feldman Littrell LLP**  
**1900 Avenue the Stars**  
**Suite 1900**  
**Los Angeles, CA 90067**  
**(310) 440-4100**  
**rmarticello@raineslaw.com**