Richard J. Reynolds (SBN 89911)
E-mail: rreynolds@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
18300 Von Karman Avenue, Suite 650
Irvine, California 92612-1032
Tel: 949.863.3363  Fax: 949.863.3350

Attorneys for Movants: The Juliet Alcasid Family Trust; Igya Demirci; Andrew L. Jones, Trustee of The Groundhog Trust dtd Feb 2, 2022 and any Amendments Thereto; and Private Money Solutions, Inc.

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>KAMALJIT KAUR KALKAT<br>   Debtor in Possession,<br><br>   Debtor. | Case No. 24-25180-RHS<br><br>DCN : RJR-1<br><br>Chapter 11 |
| IN RE DIAMOND K LLC<br>   Debtor in Possession,<br><br>PO Box 3222<br>Yuba City, CA 95992<br>EIN 68-0446259 | Case No: 24-25181-RHS<br>Chapter 11<br><br>**MOTION FOR RELIEF OF AUTOMATIC STAY PURSUANT TO 11 U.S.C. §§ 362(d)(1) and 362(d)(2)**<br><br>Date:   January 9, 2025<br>Time:   10:00 am<br>Crtrm.: Motion<br><br>Judge:  Honorable Ronald H Sargis |

    Movants hereby move the court pursuant to 11 U.S.C. §362 (d)(2) and Local Bankruptcy Rule 4001 for relief from the automatic stay in order to proceed with foreclosure of the property located at 623 North Rexford Drive, Beverly Hills, California 90210 ("PROPERTY"). As reference in the submitted appraisal and Declaration of Daniel Poyourow, the property has a value of $5,275,000.00. As referenced in the submitted Declaration of Elaine Guralnik, the secured debt

on this PROPERTY, including delinquent property taxes, exceeds $5.6 Million Dollars, with interest on the senior secured indebtedness and property taxes accruing at a daily rate in excess of $800.00 per day from the date of the filing of this petition. The property is vacant and creates no income to the debtor and relief from stay in foreclosure will result in a capital loss to the debtor since the debtor paid $7,000,000.00 for the property. Accordingly it is not necessary to the Debtor's reorganization. There is a lack of adequate protection of Movants' interest in the PROPERTY. Debtor has no equity in the PROPERTY and it is not necessary to an effective reorganization.

A separate Memorandum of Points and Authorities is submitted herewith.

### Conclusion

The court should grant the motion and waive the 14 day rule.

Dated: December 11, 2024     BURKE, WILLIAMS & SORENSEN, LLP

By: _/s/ Richard J. Reynolds_
Richard J. Reynolds
Attorneys for Movants: The Juliet Alcasid Family Trust; Igya Demici; Andrew L. Jones Defined Benefit Plan, Andrew L. Jones, Trustee of the Groundhog Trust dtd Feb 2, 2022 and any Amendments Thereto; and Private Money Solutions, Inc.