**RAINES FELDMAN LITTRELL LLP**
Robert S. Marticello (SBN 244256)
3200 Park Center Drive, Suite 250
Costa Mesa, CA 92626
Tele: (310) 400-4001
Email: rmarticello@raineslaw.com

-- and --

Mark S. Melickian (IL SBN 6229843) (pro hac vice)
David M. Madden (IL SBN 6280517) (pro hac vice)
30 North LaSalle Street, Suite 3100
Chicago, IL 60602
Telephone: 312.704.9400
Email: mmelickian@raineslaw.com
        dmadden@raineslaw.com

Proposed Attorneys for Debtors and Debtors in Possession

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>DIAMOND K LLC,<br><br>      Debtor and<br>    Debtor-in-Possession. | Case No. 24-25181-RHS<br><br>Chapter 11<br><br>**GLOBAL NOTES REGARDING DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS** |

  Diamond K, LLC, the debtor and debtor-in-possession in the above-captioned case (the "**Debtor**"), submits its Schedules of Assets and Liabilities (the "**Schedules**") and Statement of Financial Affairs (the "**SOFA**") in the United States Bankruptcy Court for the Eastern District of California (the "**Bankruptcy Court**"). The Debtor, with the assistance of its advisors and counsel, prepared the Schedules and SOFA in accordance with § 521 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

  These *Global Notes Regarding the Schedules of Assets and Liabilities and Statement of Financial Affairs* (collectively, the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of the Schedules and SOFA. The Global Notes should be

referred to, and reviewed in connection with, any review of the Schedules and SOFA.[1]  The Global Notes are not intended to limit the respective duties and obligations under the Bankruptcy Code and Bankruptcy Rules of the Debtor and its counsel.  Rather, the Global Notes are to provide additional information concerning the information included in the Schedules and SOFA.

**Reservation of Rights.**  As stated above, the Schedules and SOFA have been prepared by the Debtor with the assistance of its advisors and counsel and are subject to further review and potential amendment.  The Schedules and SOFA were prepared from the sources of information available at the time of their preparation.  Financial statements for the Debtor are in the process of being prepared by a certified public accountant retained pre-petition and such financial statements, upon completion, could necessitate changes to the Debtor's Schedules and SOFA.  The Debtor and its advisors and counsel have made every reasonable effort to ensure the accuracy and completeness of the information included in the Schedules and SOFA.  However, subsequent information or the discovery of other relevant facts may result in material changes to the Schedules and SOFA, and inadvertent errors, omissions, or inaccuracies may exist.  In addition, all scheduled claims are subject to review and investigation.  The Debtor reserves all rights to amend or supplement its Schedules and SOFA in all respects as may be necessary or appropriate.

The Debtor's reservation includes, but is not limited to, the right to dispute or to assert offsets or defenses to any claim reflected in the Schedules and SOFA as to amount, liability, or classification of the claim, to recharacterize any claim, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."  Additionally, nothing contained in the Schedules and SOFA shall constitute a waiver of rights by the Debtor or the bankruptcy estate involving any present or future causes of action, contested matters, or other issues under the provisions of the Bankruptcy Code or other applicable non-bankruptcy laws.  The Debtor reserves all rights to amend or supplement its Schedules and SOFA should it become aware of additional claims or causes of action it possesses against others.

**Basis of Presentation.**  The Schedules and SOFA do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("**GAAP**"), nor, unless otherwise stated herein, are they intended to fully reconcile to any financial statements otherwise prepared and/or distributed by or for the Debtor.  The financial information contained in the Schedules and SOFA has not been audited.  Unless otherwise stated in the Schedules or herein, asset value information in the Schedules reflects the Debtor's best estimate of such asset values as of November 14, 2024 (the "**Petition Date**") based on information available to the Debtor at that time.  No independent valuation or appraisal has been obtained or performed for purposes of preparing the Schedules.  The Debtor reserves all rights, objections, and arguments with respect to the value of any assets with respect to any matter or issue in the case, including, without limitation, any assets serving as collateral for any claim pursuant to 11 U.S.C. § 506(b) or otherwise.  Moreover, due to, among other things, the current unknown value of certain assets, the nature of certain assets and liabilities, and the impact of future events, the Schedules do not constitute a conclusion by the Debtor that it was solvent or insolvent as of the Petition Date or at any time prior to the Petition Date.  A statement that the value of a particular asset is "unknown" or "undetermined" is a reflection of uncertainties or challenges with respect to valuing such asset at this time and is not an indication that the value of such asset is immaterial or not.

---

[1]   These Global Notes are in addition to any specific notes contained in the Schedules or SOFA.  The fact that the Debtor has prepared notes with respect to any particular part of the Schedules or SOFA and not to others should not be interpreted as a decision by the Debtor to exclude the applicability of such general note to any of the Debtor's Schedules and SOFA, as appropriate.

10438271.1

GLOBAL NOTES REGARDING SCHEDULES AND SOFA

**Estimates.** The Debtor must make certain estimates and assumptions that affect the reported value of assets and amounts of liabilities. The Debtor reserves all rights to amend the reported value or amounts of assets and liabilities to reflect changes in those estimates and assumptions.

**Insiders.** In the circumstance where the Schedules and SOFA require information regarding "insiders," the Debtor has included information with respect to the individuals who the Debtor believes may be included in the definition of "insider" set forth in § 101(31) of the Bankruptcy Code. Persons identified as "insiders" have been included for information purposes only. The Debtor does not take any position with respect to whether such individual could successfully argue that he or she is not an "insider" under applicable law.

**Classification and Claim Descriptions.** Any failure to designate a claim on the Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated." The Debtor reserves the right to dispute, or to assert offsets, objections, or defenses to, any claim reflected in its Schedules as to amount, liability, character, or classification, to amend the amount scheduled for such claims, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." The Debtor further reserves the right to seek to subordinate or recharacterize any claim and/or to assert that an alleged creditor listed in the Schedules does not hold any claim against the Debtor.

Listing a claim in Schedule D as "secured" or in Schedule "F" as "unsecured nonpriority" does not constitute an admission by the Debtor of the legal rights of the claimant or a waiver of the Debtor's right to recharacterize or reclassify such claim. Further, as stated above, the Debtor reserves all rights, objections, and arguments with respect to the value of any assets serving as collateral for any claim pursuant to 11 U.S.C. § 506(b) or otherwise and as to whether any claim listed in Schedule D is truly "secured" under the Bankruptcy Code.

**Setoffs.** The Debtor may incur setoffs from third parties. Setoffs in the ordinary course can result from various routine transactions and other disputes between the Debtor and third parties. The Debtor reserves all rights to enforce or challenge, as the case may be, any setoffs that have been or may be asserted.

**Specific Notes.** These general notes are in addition to the specific notes set forth below:

      a.     **Schedule A/B, Part 1 and 2.** The Debtor did not have a bank account prior to the Petition Date.

      b.     **Schedule A/B, Part 3.** The Debtor owns one real property upon which is an almond farm. (*See* Sch. A/B, Part 3 at § 55.1.) The almonds grown on the real property owned by the Debtor and the real properties owned by the related debtor, Kamaljit Kaur Kalkat ("**Kalkat**" and together with the Debtor, the "**Debtors**"), are processed and sold, as part of a pool, by Farmers International, Inc. ("**Farmers**"). The value received for the remaining 2024 almond crop will depend on the per pound market pricing at the time of the future sales. The 2024 almond crop may also be covered by certain crop insurance that could augment the total value to be received for the crop. The Debtors estimate that the gross proceeds to be paid by Farmers upon the future sales of their remaining 2024 almond crop in Farmers' possession will total approximately $2,000,000. Based on documentation received from Farmers, the almonds from the Debtor's real property account for approximately 21.1% of the 2024 almond crop by weight. The $420,000 amount listed in Schedule A/B, Part 3 reflects 21% of the $2,000,000 in estimated future realizable value from the sale of the remaining 2024 almond crop. In addition, the Debtor's ownership and/or other rights with respect to the almond crop and the almond crop proceeds, including, without limitation, the remaining balance to be paid

GLOBAL NOTES REGARDING SCHEDULES AND SOFA
10438271.1

on the 2024 almond crop, are being analyzed with the assistance of the Debtor's professionals. The Debtor's understanding is that all or substantially all of the proceeds from the sale of the Debtor's 2024 almond crop are being paid by Farmers directly to Rabo AgriFinance, LLC ("**Rabo**"), on account of an operating line of credit, including (i) proceeds attributable to the Debtor's 2024 almond crop, and (ii) after the Petition Date. For example, on December 18, 2024, $391,022.40 was wired by Farmers to Rabo. As such, the Debtor is not receiving any of the proceeds from the sale of its 2024 almond crop at this time. The Debtor reserves any and all rights with respect to the proceeds from the 2024 almond crop and the payment of such proceeds.

   c.  **Schedule A/B, Part 9, No. 55.** The values listed for the Debtor's real properties are based on the Debtor's best estimates as of the Petition Date. For purposes of the Schedules, the value for each of the Debtor's luxury residential real properties is based on the expected listing and/or sale price for such real property "as is" without further work or improvements. The Debtor's real property growing an almond orchard was valued at $25,000 per acre.

   d.  **Schedule A/B, Part 11.** The Debtor may have accrued or may subsequently accrue, certain claims, causes of action, or setoffs, or may assert in litigation claims as a plaintiff or counter-claims and/or cross-claims as a defendant. Because certain of these types of claims are unknown to the Debtor and not quantifiable as of the Petition Date, they may not be listed on Schedule A/B, Part 11. Moreover, the Debtor's investigation, with the assistance of its professionals, regarding claims that may exist as of the Petition Date is ongoing. The claims and causes of action listed in the Schedules may not be exhaustive and the Debtor expressly reserves any and all rights regarding its claims and causes of action.

   e.  **Schedule D, Creditors Who Have Claims Secured by Property.** The Debtor reserves its rights to dispute or challenge the validity or perfection of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D or to seek to avoid any such lien or the transactions or agreements giving rise to such lien. Although the Debtor has scheduled certain claims as secured claims, the Debtor reserves all rights to dispute or challenge the secured nature of any such claim, the characterization of the structure of the transaction giving rise to such claim, or any document or instrument related to such claim. In addition, the Debtor's analysis, with the assistance of its professionals, of the actual amount owed to the creditors listed on Schedule D is ongoing. The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable agreements and other related relevant documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. The Debtor reserves all rights, objections, and arguments with respect to the value of any assets serving as collateral for any claim pursuant to 11 U.S.C. § 506(b) or otherwise, and as to whether any claim listed in Schedule D is truly "secured" under the Bankruptcy Code.

   f.  **Schedule E/F - Creditors Who Have Unsecured Claims.** The Debtor attempted to set forth all of the unsecured obligations asserted against it, although the actual amounts of claims against the Debtor may vary from those liabilities represented on Schedule E/F, Part 2. In many instances, the amounts listed in the Schedules are based on the Debtor's understanding of the amounts claimed by the corresponding creditor as of the preparation of the Schedules. The Debtor's analysis, with the assistance of its professionals, of the actual amount owed to the creditors listed on Schedule E/F is ongoing. The allowed amount of the liabilities listed in the Schedules may ultimately be different, including, without limitation, because the Debtor disputes such liabilities. The Debtor reserves all rights to dispute or challenge any listed claims, the nature of any such claims, or the characterization of the structure of the transaction, document or instrument related to such claims. The descriptions provided in Schedule E/F are intended only to be a summary. Reference to the applicable

4

1    agreements and other related relevant documents are necessary for a complete description of
     the nature and bases of the claims.
2
             g.      **Schedule G.**  The Debtor is not aware of any executory contracts or
3    unexpired leases as of the preparation of the Schedules.  The Debtor's analysis, with the
     assistance of its professionals, is ongoing and the Schedules will be amended if and as needed.
4
             h.      **SOFA, Part 1.**  For purposes of disclosure, the Debtor provided
5    estimated revenues for 2024 through the Petition Date and the 2023 and 2022 calendar years
     based on the information currently available.  As discussed above, based on documentation
6    received from Farmers, the almonds from the Debtor's real property account for 21.1% of the
     2024 almond crop by weight.  The revenues listed for 2024, 2023, and 2022 in Part 1 of the
7    SOFA reflect 21% of the gross payments received from Farmers for 2024 through the Petition
     Date, the 2023 calendar year, and the 2022 calendar year.  The amount of estimated revenues
8    are provided for disclosure purposes only and are estimates assuming the almonds from the
     Debtor's real property account for 21% of the total almond crop by weight each year.  The
9    Debtor did not receive the estimated revenues.  In addition, the Debtor's real property located
     at 7546 Caminito Avola, La Jolla, CA, was leased for several months in 2024.  However, the
10   Debtor does not, at present, know the amount of rent paid and the Debtor did not receive the
     rent.  The Debtor reserves all rights with respect to whether any amounts listed in Part 1 of the
11   SOFA constitute revenue for tax purposes or otherwise, and nothing contained herein or in the
     SOFA constitutes an admission that the stated amounts are, in fact, revenue.
12
             i.      **SOFA, Part 2, Nos 3 & 4.**  The Debtor is unaware of any payments
13   within the 90-day period prior to the Petition Date or any transfers to insiders within the one-
     year period prior to the Petition Date.  As discussed above, the Debtor did not have a bank
14   account pre-petition from which to make any payments or transfers.

15                                    **General Disclaimer**
             The Debtor has prepared the Schedules and SOFA based on the sources of information
16   available at this time.  However, inasmuch as any information in the Schedules, SOFA, or
     these Global Notes is based on any books and records of the Debtor, such books and records
17   have not been audited, reviewed, or formally closed and evaluated for proper cut-off on the
     Petition Date, and the Debtor cannot warrant the absolute accuracy of any such information.
18   The Debtor has made a diligent effort to complete the Schedules and SOFA accurately and
     completely with the assistance of its professionals.  The Debtor will continue to work with its
19   professionals to amend the Schedules and SOFA with additional information as needed.

20

21

22

23

24

25

26

27

28

10438271.1                GLOBAL NOTES REGARDING SCHEDULES AND SOFA

Fill in this information to identify the case:

Debtor name **Diamond K LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)    **24-25181**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 18, 2024**          X /s/ Kamaljit Kalkat    *Kamaljit Kalkat*
                                             Signature of individual signing on behalf of debtor

                                             **Kamaljit Kalkat**
                                             Printed name

                                             **Manager**
                                             Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

| Fill in this information to identify the case: |
|---|
| Debtor name    **Diamond K LLC** |
| United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known)    **24-25181** |

☐ Check if this is an
    amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*................................................................................. $     **21,034,250.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*............................................................................. $     **420,000.00**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*............................................................................... $     **21,454,250.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $     **16,499,951.08**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$     **0.00**

4.    **Total liabilities** ............................................................................................................
    Lines 2 + 3a + 3b

| $ | **16,499,951.08** |
|---|---|

**Fill in this information to identify the case:**

Debtor name __**Diamond K LLC**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF CALIFORNIA__

Case number (if known) __**24-25181**__

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

11a. 90 days old or less:    **420,000.00**  -  **0.00**  = ....    **$420,000.00**

                face amount           doubtful or uncollectible accounts

12.     **Total of Part 3.**

    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

    **$420,000.00**

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

Debtor     **Diamond K LLC**                    Case number *(if known)*  **24-25181**
           Name

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. Does the debtor own or lease any machinery, equipment, or vehicles?

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. Does the debtor own or lease any real property?

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.     Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest *(Where available)* | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Almond Farm, Willows, CA APNs: 017-210-032, 047, 037, 038** | **Fee simple** | **Unknown** | **Good faith est.** | **$3,439,250.00** |
| 55.2. **5762 Bellevue Ave, La Jolla, CA** | **Fee simple** | **Unknown** | **Good faith est.** | **$5,500,000.00** |
| 55.3. **7546 Caminito Avola, La Jolla CA** | **Fee simple** | **Unknown** | **Good faith est.** | **$5,995,000.00** |
| 55.4. **623 N. Rexford Dr, Beverly Hills, CA** | **Fee simple** | **Unknown** | **Good faith est.** | **$6,100,000.00** |

Debtor    **Diamond K LLC**                                        Case number *(If known)*  **24-25181**
          Name

56.    **Total of Part 9.**                                                                        $21,034,250.00

       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

                                                                              **Current value of
                                                                              debtor's interest**

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit
       has been filed)**

       **Case No.: 37-2024-00009289**                                              **Unknown**

       Nature of claim          **Negligence**
       Amount requested                          **Unknown**

75.    **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                                                        $0.00

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor    **Diamond K LLC**
Name

Case number *(If known)*  **24-25181**

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $420,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*................................................> | | $21,034,250.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $420,000.00 | + 91b. $21,034,250.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $21,454,250.00 |

**Debtor - Diamond K, LLC**
**Real Property Schedule**

| Owner | PIN Numbers | Address | Type Of Property | Acreage (farm) | Current Value of Property | Mortgage | Mortgagee | Notes |
|---|---|---|---|---|---|---|---|---|
| Diamond K, LLC (100%) | | 5762 Bellevue Ave, La Jolla, CA | Residential / Investment | | $ 5,500,000.00 | $ 4,247,548.00 | **1st - APC CS Trust, a DE Statutory Trust** | See Note 1 |
| Diamond K, LLC (100%) | | 7546 Caminito Avola, La Jolla, CA | Residential / Investment | | $ 5,995,000.00 | $ 3,449,017.00 | **1st - APC CS Trust, a DE Statutory Trust** | See Note 1 |
| Diamond K, LLC (100%) | | 623 N. Rexford, Beverly Hills, CA | Residential / Investment | | $ 6,100,000.00 | $ 5,426,935.04 | **Private Money Solutions, Inc.** | |
| Diamond K, LLC (100%) | 017-220-032, -037, -038, and -047 | SE Corner Hwy 162 and Road D, Willows, CA 95988 | Almonds | 137.57 | $ 3,439,250.00 | $ 2,370,487.04 | **AgWest Farm Credit** | |

Note 1 - Austin Tarzana Group holds a 2nd mortgage on both La Jolla properties securing a $1,000,000 note which is also secured by four properties in the related case of Kamaljit Kaur Kalkat.

**Fill in this information to identify the case:**

Debtor name    **Diamond K LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF CALIFORNIA

Case number (if known)   **24-25181**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

  ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

  ☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

**2.1 AgWest Farm Credit, FLCA**
Creditor's Name

**c/o Jamie Dreher**
**DOWNEY BRAND LLP**
**621 Capitol Mall, 18th Fl**
**Sacramento, CA**
**95814-4731**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Almond Farm, Willows, CA**
**APNs: 017-210-032, 047, 037, 038**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☑ Unliquidated
☐ Disputed

Column A: **$2,370,487.04**    Column B: **$3,439,250.00**

---

**2.2 APC CS Trust, a Delaware Statutory Trust**
Creditor's Name

**C/O Lance N. Jurich, Esq.**
**Loeb & Loeb LLP**
**10100 Santa Monica Blvd., Suite 2200**
**Los Angeles, CA**
**90067-4120**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**
**5762 Bellevue Ave, La Jolla, CA**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No

Column A: **$4,247,548.00**    Column B: **$5,500,000.00**

---

Official Form 206D     Schedule D: Creditors Who Have Claims Secured by Property     page 1 of 5

Debtor **Diamond K LLC**
Name

Case number (if known)   **24-25181**

**Last 4 digits of account number**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.3 | **APC CS Trust, a Delaware Statutory Trust** | | **$3,449,017.00** | **$5,995,000.00** |

Creditor's Name

Describe debtor's property that is subject to a lien
**7546 Caminito Avola, La Jolla CA**

**C/O Lance N. Jurich, Esq.
Loeb & Loeb LLP
10100 Santa Monica Blvd.,
Suite 2200
Los Angeles, CA
90067-4120**
Creditor's mailing address

Describe the lien
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.4 | **Austin Tarzana Group LLC** | | **$1,000,000.00** | **$19,851,500.00** |

Creditor's Name

Describe debtor's property that is subject to a lien
**Multiple properties**

**5567 Reseda Blvd
Suite 318
Tarzana, CA 91356-2673**
Creditor's mailing address

Describe the lien
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

Debtor    **Diamond K LLC**                          Case number (if known)    **24-25181**
          Name

| 2.5 | **Colony Hill** | Describe debtor's property that is subject to a lien | **$5,964.00** | **Unknown** |

Creditor's Name

**c/o Wasserman Kornheiser Combs**
**7955 Raytheon Road, Suite A**
**San Diego, CA 92111-1606**

Creditor's mailing address

**HOA dues**

Describe the lien
**HOA lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.6 | **Private Money Solutions Inc** | Describe debtor's property that is subject to a lien | **$1,879,493.42** | **$6,100,000.00** |

Creditor's Name

**15030 Ventura Blvd #500**
**Sherman Oaks, CA 91403**

Creditor's mailing address

**623 N. Rexford Dr, Beverly Hills, CA**

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.7 | **Private Money Solutions Inc** | Describe debtor's property that is subject to a lien | **$3,547,441.62** | **$6,100,000.00** |

Creditor's Name

**15030 Ventura Blvd #500**
**Sherman Oaks, CA 91403**

Creditor's mailing address

**623 N. Rexford Dr, Beverly Hills, CA**

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No

**Date debt was incurred**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 5

Debtor __**Diamond K LLC**_____     Case number (if known) __**24-25181**___
          Name

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ■ Disputed |

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.          **$16,499,951.08**

---

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **AgWest Farm Credit**<br>**3755 Atherton Road**<br>**Rocklin, CA 95765-3701** | Line __**2.1**__ | |
| **AgWest Farm Credit**<br>**c/o Loeb & Loeb**<br>**Bethany Simmons**<br>**345 Park Avenue**<br>**New York, NY 10154** | Line __**2.1**__ | |
| **Andrew L Jones Defined Benefit Plan**<br>**1388 Sutter St #805**<br>**San Francisco, CA 94109** | Line __**2.6**__ | |
| **Andrew L Jones Defined Benefit Plan**<br>**1388 Sutter St #805**<br>**San Francisco, CA 94109** | Line __**2.7**__ | |
| **Burke Williams & Sorensen LLP**<br>**Attn Richard J Reynolds**<br>**18300 Von Karman Ave Suite 650**<br>**Irvine, CA 92612** | Line __**2.6**__ | |
| **Burke Williams & Sorensen LLP**<br>**Attn Richard J Reynolds**<br>**18300 Von Karman Ave Suite 650**<br>**Irvine, CA 92612** | Line __**2.7**__ | |
| **Igya Demici**<br>**12000 Darby Ave**<br>**Porter Ranch, CA 91326** | Line __**2.6**__ | |
| **Igya Demici**<br>**12000 Darby Ave**<br>**Porter Ranch, CA 91326** | Line __**2.7**__ | |
| **The Groundhog Trust**<br>**Attn Andrew Louis Jones Trustee**<br>**1388 Sutter St #805**<br>**San Francisco, CA 94109** | Line __**2.6**__ | |

---

| Debtor | **Diamond K LLC** | Case number (if known) | **24-25181** |
|--------|-------------------|------------------------|--------------|
| | Name | | |

**The Groundhog Trust**
**Attn Andrew Louis Jones Trustee**
**1388 Sutter St #805**
**San Francisco, CA 94109**

Line __2.7__

**The Juliet Alcasid Family Trust**
**19321 Palomar Place**
**Tarzana, CA 91356**

Line __2.6__

**The Juliet Alcasid Family Trust**
**19321 Palomar Place**
**Tarzana, CA 91356**

Line __2.7__

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Diamond K LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) | **24-25181** |

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**California Dept. of Tax and Fee Admin.**<br>**Collections Support Bureau Mic:29**<br>**PO BOX 942879**<br>**Sacramento, CA 94279-0029** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Franchise Tax Board**<br>**Bankruptcy Section MS A-340**<br>**PO Box 2952**<br>**Sacramento, CA 95812-2952** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

56675

| Debtor | **Diamond K LLC** | Case number (if known) | **24-25181** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Internal Revenue Service**
**P. O. Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | **Amount of claim** |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**MBHGA LLC**
**3435 Wilshire Blvd., Ste. 2200**
**Los Angeles, CA 90010**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

Basis for the claim: <u>Alleged breach of contract</u>

**Last 4 digits of account number** _

Is the claim subject to offset?   ■ No   ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $   **0.00** |
| 5b. Total claims from Part 2 | 5b. + | $   **0.00** |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $   **0.00** |

---

**Fill in this information to identify the case:**

Debtor name          **Diamond K LLC**

United States Bankruptcy Court for the:          EASTERN DISTRICT OF CALIFORNIA

Case number (if known)          **24-25181**

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name     **Diamond K LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)    **24-25181**

☐ Check if this is an
amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | **Kamaljit Kalkat** | **2377 Clark Rd**<br>**Live Oak, CA 95953** | **AgWest Farm Credit, FLCA** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Kamaljit Kalkat** | **2377 Clark Rd**<br>**Live Oak, CA 95953** | **APC CS Trust, a Delaware Statutory Trust** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Kamaljit Kalkat** | **2377 Clark Rd**<br>**Live Oak, CA 95953** | **APC CS Trust, a Delaware Statutory Trust** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Kamaljit Kalkat** | **2377 Clark Rd**<br>**Live Oak, CA 95953** | **Private Money Solutions Inc** | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Kamaljit Kalkat** | **2377 Clark Rd**<br>**Live Oak, CA 95953** | **Austin Tarzana Group LLC** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Diamond K LLC** | Case number *(if known)* | **24-25181** |
|---|---|---|---|

| | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** |
|---|---|---|

| 2.6 | **Kamaljit Kalkat** | **2377 Clark Rd**<br>**Live Oak, CA 95953** | **Private Money**<br>**Solutions Inc** | ■ D ____2.7____<br>☐ E/F _____<br>☐ G _____ |

| Fill in this information to identify the case: |
| --- |
| Debtor name **Diamond K LLC** |
| United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) **24-25181** |

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

**Part 1:      Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ☐ Operating a business<br>■ Other    **Almond Farm** | $366,442.87 |
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ☐ Operating a business<br>■ Other    **Almond Farm** | $232,346.12 |
| **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ☐ Operating a business<br>■ Other    **Almond Farm** | $740,519.07 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |
| | | |

---

**Part 2:      List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
| --- | --- | --- | --- |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount

Debtor   **Diamond K LLC**        Case number *(if known)*   **24-25181**

may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Rabo AgriFinance, LLC c/o Valerie Bantner Peo, Esq. Buchalter PC 425 Market St., Suite 2900 San Francisco, CA 94105-2491** | **Crop proceeds** | **Ongoing** | **TBD** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

<div style="background:black;color:white;">**Part 3:**   **Legal Actions or Assignments**</div>

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Kamaljit Kalkat, et al., v Adam Jed Powers. et al. 37-2024-00009289** | **Negligence** | **San Diego Superior Court 1100 Union Street San Diego, CA 92101** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

<div style="background:black;color:white;">**Part 4:**   **Certain Gifts and Charitable Contributions**</div>

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Debtor | **Diamond K LLC** | Case number *(if known)* | **24-25181** |
|---|---|---|---|

---

**Part 5:**    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **See attached SOFA 11** | | | **$50,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:**    Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Debtor | Diamond K LLC | Case number *(if known)* | 24-25181 |

| Address | Dates of occupancy From-To |
|---|---|

---

**Part 8:**  Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:**  Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

Debtor    **Diamond K LLC**                                        Case number *(if known)*  **24-25181**

---

<table>
<tr><td>**Part 11:**</td><td>**Property the Debtor Holds or Controls That the Debtor Does Not Own**</td></tr>
</table>

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

<table>
<tr><td>**Part 12:**</td><td>**Details About Environment Information**</td></tr>
</table>

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

<table>
<tr><td>**Part 13:**</td><td>**Details About the Debtor's Business or Connections to Any Business**</td></tr>
</table>

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|

Debtor    **Diamond K LLC**    Case number *(if known)*  **24-25181**

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Tenny & Company CPA**<br>**1528 Starr Dr #A**<br>**Yuba City, CA 95993** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Kamaljit K. Kalkat** | **2377 Clark Rd**<br>**Live Oak, CA 95953** | **Managing Member** | **100%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

| Debtor | Diamond K LLC | Case number *(if known)* 24-25181 |
|---|---|---|

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer identification number of the parent corporation |
|---|---|

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **December 18, 2024**

**/s/ Kamaljit Kalkat**                              **Kamaljit Kalkat**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
■ Yes

**SOFA 11 ATTACHMENT**
**Payments related to bankruptcy**

| Creditor's Name | Reason for Payment or Transfer | Address | Payment | |
| | | | Date | Amount |
|---|---|---|---|---|
| Raines Feldman Littrell LLP | Professional Fees [1] | 1900 Avenue the Stars, Suite 1900, Los Angeles, CA 90067 | 11/14/2024 | $50,000.00 |
| **Raines Feldman Littrell LLP Total** | | | | **$50,000.00** |
| **Grand Total** | | | | **$50,000.00** |

1. One payment of $50,000 was made by Jaspal Orchards on behalf of Kamaljit Kalkat and Diamond K.