**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

In re )
)
Diamond K LLC )    Case No.   24-25181
)
)
_____ )

**VERIFICATION OF MASTER EQUITY SECURITY HOLDER ADDRESS LIST**

    I declare under penalty of perjury that the attached Master Equity Security Holder Address List is a true, correct, and complete list of equity security holders and their addresses in this case.

    I acknowledge the following:

- Filing a List of Equity Security Holders with incomplete or incorrect addresses may mean that equity security holders with incomplete or incorrect address(es) may not receive notification of this Bankruptcy case and/or subsequent notices in the case.

- The Court will use the addresses on the attached Master List of Equity Security Holders for all items that the Court mails and will not rely on other documents filed in this case (such as schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure) to obtain or verify the addresses of equity security holders.

DATED: January 27, 2025                /s/ Kamaljit Kalkat   *(DocuSigned by: AF4C68CED4554F2...)*
                                                Attorney for Debtor

Kamaljit Kaur Kalkat
2377 Clark Road
Live Oak, CA 95953

Kamaljit Kaur Kalkat

2377 Clark Road

Live Oak, CA 95953